FILED
MAY 29 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IFD
NP
③

NORTHEN DISTRICE COURT
FEDIRAl. U.S.A.

William m Cox – PRO-SE
 vs    P.
Jose Vega   R.
El.Al.
Dr. Potts Summit Alta Bates
UCSF. SF. CA.

C09-02392    JL
UNDER FRIST AMEND
U.S. CONST.
FREEDOM RELIGION
ABlE TO LIVE WITH
OUT PEOPLE TRYING TO
Kill BECAUSE OF RELIGION.
AND LAST Will AND TEATRMENT

ADR

TO: HONORABlE COURT

I William m Cox also know as ABDUl KHADIR, IDRIS (wmC)
FOR THREE Jose VEGA A HOMOSEXUl HAS BEEN TRYING
Kill ME, HE WANTED ME TO BE HOMOSEXUl. BUT THINK AS
THE QU-RAN THE BIBLE THE Jew'es Book THEY will BURN
IN HELL, Doctor's Police's IN THREE CITY. ARE HELPING
HIM. I MOVE TO LA. CA. THERE TO HELP HIM. FRIST I WENT
TO A HOSP. UCSF S.F. THEY SHOT SOMETHING MY RIGHT LEG.
FAlSEly ARRESTED AND FORCED TO TAKE X RAY'S OF MY HEAD.
  THEIR ARE GAS'ES IN MY Blood, RADIATION IN MY BODY
I Will NOT NAME THE DOCTOR FEAR FOR HIS LIFE Jose VEGA
ALOT OF HELP BUT BETH GREEN KNOW'S WHEN WENT UCSF.
AND WHEN I CAME I COULD NOT WALK WHAT EVER THEY DID
MESSED UP MY LEFT LEG, AT ALTA BATES SUMMIT DR. POTT'S, IN ER.
HELP HIM, THEY HELD TEN HOURS FAlSEly! I REPORTED IT,
TO OAKLAND POLICE, THEY TOOK THE SENIOR OFFICER! OFF THE ST.
OFFICER THIS Jr. I DONT KNOW! WHAT ABOUT THE HIGH
RADIATION IN MY LEFT ARM ElBOW AND MY HEAD! THESE
DOCTOR CAN DO ANYTHING, WAR, GAS IN GOD'S AIR TO Kill PEOPLE!
All BECAUSE YOU WANT TO BECURAT THE CREATOR MADE ME AMAN!

  THERE THREE PAGES AFTER THIS. MANAGERS AT
PAGE THREE NOTARY PUBLIC      AT 3121 TElEGRAPH
                              542. 25.ST OAKS,CA.
                              OWNER AH HELPED
                              Jose VEGA.



## THIS IS A LAWFUL TESTAMENT DOCUMENT

INSTRUMENT, UNDER - FRIST AMENT, U.S. CONST. FREEDOM OF RELIGION, I, AM MUSLIM. ISLAM MY WAY LIFE AND UNDER THE PENAL CODE'S OF EVERY STATE ALL OF THEM NO AUTOPSY! POST DEATH, BUT I REQUEST- A TAKEN BLOOD FORM MY RIGHT ARM, AND HAND, ALSO MY LEFT ELBOW TAKE THE BLOOD FROM THE VAIN'S, HAND, ARM TEST FOR GAS, TEST RADIATION, MY LEFT ELBOW, NO CUTING, NO AUTOPSY! only BLOOD TEST, RADIATION TEST, MY REASON IS FOR THREE YEAR'S I HAVE BEEN GASED BY JOSE VEGA OF MISSION CREEK I GAVE MY DOCTOR, A LETTER ABOUT MR VEGA WANT ME FOR HOMOSEXUL ACT, SO DR ZERCHER, RICHARD. CURRY SENIOR HOUSING. JOSE VEGA 225 BERRY, ST. S.F. CA. GAS EVERY DAY AND NIGHT RICHARD ZERCHER 883 TURK ST. SF. CA. TWO DR TAKE MY BLOOD MUSLIM AND JEW'S. DR SAID HE DID NOT KNOW JOSE VEGA. WHAT DID HE WANT THE LETTER FOR? JOSE VEGA KILLED A PERSON. A WHITE WOMAN I HAD EVID'S STOLEN, I CAN STILL PROVE HE DID IT, ALSO WENT GOV OF CALIF. SO WHEN I DIE, I would like ONE I WAS THE'S NAMED ABOUT. FALSELY ARRESTED AND FORCED TO TAKE XRAY OF MY ARPITS HEAD, KEEPING ME OVER 10 HOUR'S, THE DOCTOR AT (JOHN GEORGE,) SEND ME HOME IN A CAB, IS COST $73. DOLLOR'S, THESE'S HOMOSEXUL, KILL FOR FUN, THEY DO NOT NEED MARRY TO TEACH OTHER'S TO KILL?

EVID'S OF RECORD
CITY OF OAKLAND, CA
SPECIALTY COMBO INSPECTOR
BUILDING SERVICE DIVISION  510 238-2932
MR GENE MARTINELL          238-2959 FAX
KNOW, HE INSPECED TWO OF   238-3254 TDD
MY APTS IN OAKLANDS!

UNDER PENALTY PERJURY THE ONE ABOVE IS TRUE AND BELOW

Willie or William M Cox
ALSO  IDRIS AL SALIH ABDUL KHADIR
5-24-09

Mubarak A. Bari
Mubarak A. Bari
5-24-09

W. Bernard Jackson
W. Bernard Jackson
5-24-09

I TO TOLD S.F. MAYOR'S OFFICE, POLICE. F.B.I FED COUNT
OAKLAND MAYOR  "   "   "   ()
GOV OF CALIF, EVID'S OF RECORD!

OVER!

State of CALIFORNIA }
County of LOS ANGELES }

On 5/24/09 before me, ZONNIE EARL MERRIMAN NOTARY PUBLIC personally
appeared WILLIAM M COX
(Insert Name of Notary Public and Title)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf on which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Zonnie Earl Moore_   (Seal)

[Seal: ZONNIE EARL MERRIMAN, COMM. #1627144, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires DEC. 8, 2009]

OVER!