IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. COX, JR, | No. C 09-02392 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOSE VEGA; DOCTOR POTTS; and UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, | |
| Defendants. / | |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2009

SUSAN ILLSTON
United States District Judge