IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. COX, JR, | No. C 09-02392 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR RELIEF FROM FINAL JUDGMENT** |
| v. | |
| JOSE VEGA; DOCTOR POTTS; and UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, | |
| Defendants. | |

On August 18, 2009, this Court entered an order determining that pro se plaintiff William Cox's complaint and amended complaint failed to state a claim upon which relief could be granted. Accordingly, the complaint was dismissed without prejudice and judgment was entered. For these reasons, plaintiff's application to proceed *in forma pauperis* ("IFP") was denied.

On September 3, 2009, plaintiff filed a motion captioned "Proof of Income Reinstate My Case." Plaintiff has submitted what purports to be documentation of his disability benefits, to demonstrate that he is unable to pay a filing fee. The Court will interpret this filing as a motion for relief from final judgment under F.R.Civ.P. 60(b). Plaintiff's instant motion does not remedy the deficiencies in plaintiff's complaint. The motion is DENIED. [Docket No. 16]

**IT IS SO ORDERED.**

Dated: September 11, 2009

SUSAN ILLSTON
United States District Judge